Case 8:16-cr-00026-JSM-TBM   Document 41   Filed 01/08/25   Page 1 of 1 PageID 194

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America <br> v. <br> MISAEL CEPEDA <br><br> Date of Original Judgment: 11/08/2016 <br> Date of Previous Amended Judgment: 01/13/2017 <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> ) Case No: 8:16-cr-26-JSM-TBM <br> ) USM No: 77498-179 <br> ) <br> ) Sonthonax B. SaintGermain and James T. Skuthan <br> ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **70** months **is reduced to** **57 months**.

This term of imprisonment shall run consecutively to the defendant's term of imprisonment imposed pursuant to the judgment in Docket Number 8:16-cr-172-T-24TGW, United States District Court, Middle District of Florida and shall run concurrently with the defendant's term of imprisonment imposed pursuant to the judgment in Docket Number 8:16-cr-146-T-27TBM, United States District Court, Middle District of Florida.

Except as otherwise provided, all provisions of the judgment dated **01/13/2017** shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/08/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

James S. Moody, Jr., United States District Judge
*Printed name and title*